No. 1816. PEOPLE, APPELLEE, *v.* FIGUEROA, APPELLANT.— District Court of Ponce. Aggravated assault and battery. Decided December 15, 1921. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

No. 2571. LOÍZA SUGAR COMPANY, APPELLANT, *v.* BAQUERO & COMPANY, APPELLEES.—First District Court of San Juan. Performance of Contract (Memorandum of Costs.) Decided December 19, 1921. Motion by appellant withdrawing appeal. *Appeal withdrawn.*

No. 1832.—PEOPLE APPELLEE, *v.* REVERÓN, APPELLANT.— District Court of Arecibo. Crime against public health. Decided December 19, 1921. No brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1819. PEOPLE, APPELLEE, *v.* SUÁREZ, APPELLANT.— Second District Court of San Juan. Adulteration of milk. Decided December 19, 1921. There was no statement of the case or bill of exceptions and the record discloses no fundamental error. *Affirmed.*

No. 1833. PEOPLE, APPELLEE, *v.* OROBITG, APPELLANT.— Second District Court of San Juan. Adulteration of Milk. Decided December 19, 1921. Appellant filed no brief and the record discloses no fundamental error. *Affirmed.*

No. 1825. PEOPLE, APPELLEE, *v.* SÁNCHEZ, APPELLANT.— District Court of Guayama. Violation of Excise-tax Law. Decided December 19, 1921. Appellant filed no brief and the record discloses no fundamental error. *Affirmed.*